UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EARNEST FONTENOT
(DOC#522555)

VERSUS

TERRY TERRELL, ET AL

CIVIL ACTION

NO. 10-609-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated July 21, 2011 (doc. no. 22) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion to Dismiss (doc. no. 7) filed by the State of Louisiana, through the Office of the District Attorney for the 21st Judicial District, Parish of Livingston, is GRANTED and the Petition for Writ of Habeas Corpus (doc. no. 1) filed by Earnest Fontenot is DISMISSED with prejudice.

Baton Rouge, Louisiana, August 12, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA